EXHIBIT A

| | |
|---|---|
| 1 | |
| 2 | RICHARD ALEXANDER, Cal. Bar #48432 |
|   | JEFFREY W/ RICKARD, Cal. Bar #125180 |
| 3 | RYAN M. HAGAN, Cal Bar #200850 |
|   | ALEXANDER, HAWES & AUDET, LLP |
| 4 | 152 North Third Street, Suite 600 |
|   | San Jose, CA 95112 |
| 5 | Telephone: (408) 289-1776 |
|   | Facsimile:  (408) 287-1776 |
| 6 | **Attorneys for Plaintiff(s)** |
| 7 | RANDALL C. CREECH, Cal. Bar #65542 |
|   | CREECH, LIEBOW & KRAUS |
| 8 | 333 West San Carlos Street |
|   | Suite 1600 |
| 9 | San Jose, CA  95110 |
| 10 | Telephone: (408) 993-9911 |
|    | Facsimile:  (408) 993-1335 |
| 11 | |
| 12 | THOMAS M. CARNEY, admitted *pro hac vice* |
|    | CAROL A. RUTTER, admitted *pro hac vice* |
| 13 | HUSCH & EPPENBERGER, LLC |
|    | 190 Carondelet Plaza, Suite 600 |
| 14 | St. Louis, MO  63105-3441 |
|    | Telephone: (314) 480-1500 |
| 15 | Facsimile:  (314) 480-1505 |
|    | **Attorneys for Defendant Olin Corporation** |

*E-FILED - 10/5/05*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| KEVEN ALLEN AND MARILYN ALLEN, | ) ) ) | Case No.: C 03-01646 RMW |
| Plaintiffs, | ) ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS KEVEN ALLEN AND MARILYN ALLEN** |
| v. | ) ) | |
| OLIN CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Keven Allen and Marilyn Allen and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Keven

---

2055261.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Keven Allen and Marilyn Allen - 1**

1  Allen and Marilyn Allen as to defendant Olin Corporation. All parties to bear their own

2  costs and legal fees incurred to date in this action.

3  Dated: _____9/7/05_____

4

5                                  Respectfully submitted,

6

7                                  ALEXANDER, HAWES & AUDET, LLP

8                                  By: _____

9                                      RICHARD D ALEXANDER, Cal. Bar #48432
                                   JEFFREY W/ RICKARD, Cal. Bar #125180

10                                    RYAN M. HAGAN, Cal Bar #200850
                                   152 North Third Street, Suite 600

11                                    San Jose, CA 95112
                                   Telephone: (408) 289-1776

12                                    Facsimile: (408) 287-1776

13 Attorneys for Plaintiffs Keven Allen and Marilyn Allen

14

15 HUSCH & EPPENBERGER, LLC

16

17 By: _____/s/ Carol A. Rutter_____
                                   THOMAS M. CARNEY, admitted *pro hac vice*

18                                    CAROL A. RUTTER, admitted *pro hac vice*
                                   190 Carondelet Plaza, Suite 600

19                                    St. Louis, MO 63105-3441
                                   Telephone: (314) 480-1500

20                                    Facsimile: (314) 480-1505

21                                    RANDALL C. CREECH, Cal. Bar #65542
                                   CREECH, LIEBOW & KRAUS

22                                    333 West San Carlos Street
                                   Suite 1600

23                                    San Jose, CA 95110
                                   Telephone: (408) 993-9911

24                                    Facsimile: (408) 993-1335

25 Attorneys for Defendant Olin Corporation

26

27

28

2055261.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Keven Allen and Marilyn Allen - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| KEVEN ALLEN AND MARILYN ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01646 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS KEVEN ALLEN AND MARILYN ALLEN** |

THIS MATTER coming on the motion of Plaintiffs Keven Allen and Marilyn Allen and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Keven Allen and Marilyn Allen's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

Dated: 10/5/05

/s/ Ronald M. Whyte

2055261.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Keven Allen and Marilyn Allen - 3**